# EXHIBIT “A”



MEMBERS FINRA/SIPC

**INDEPENDENT CONTRACTOR AGREEMENT**

This agreement is made and entered into as of the 13 day of June, 2016 by and among International Assets Advisory, LLC ("IAA"), and **Brannon McPherson** ("hereinafter "Representative").

WHEREAS, IAA is a securities broker–dealer duly licensed and registered with the Securities and Exchange Commission ("SEC"), and various state securities divisions, including the State of Florida Division of Securities, and is a member of Financial Regulatory Authority ("FINRA").

WHEREAS, Representative is a licensed and experienced securities broker with existing customers who desires to associate with IAA for the purpose of continuing his/her business as a securities broker with IAA located at 390 North Orange Avenue, Suite 750, Orlando, FL 32801.

NOW THEREFORE, in consideration of the foregoing premises, and such other good and valuable consideration the receipt and sufficiency of which are thereby acknowledged, the parties agree as follows:

Engagement of Representative- Representative is hereby engaged by IAA as a Registered Representative located at 670 Commerce Drive #245, Woodbury, MN 55125. Representative shall conduct business as a securities broker solely through IAA, and shall utilize IAA for the processing of all orders for the purchase and sale of all financial instruments, including securities, insurance policies and annuities, mortgages, private placements, and all other financial products and instruments, and investment opportunities. Representative shall be free to engage in such other business enterprises as Representative shall determine, provided such businesses do not involve the sales of securities, investment products, or other financial products and instruments to customers of IAA.

1. Representative may not sell, recommend, or accept commissions or finder's fees on any investments or securities of any type if such investments have not been approved in advance by IAA. Representative shall not engage in private securities transactions, either for or not for compensation. Representative shall not act as an officer, partner, director, or major shareholder in any corporation, partnership or sole proprietorship in any way without prior written consent from IAA. Representative shall not receive compensation for any activity outside the scope of his/her association with IAA, nor operate any other business or engage in any other business activity, except as may be approved in advance and in writing by and at the sole discretion of IAA.
2. Facilities - At such time as Representative may operate from branch location, Representative shall provide appropriate office facilities and facilities services for the operation of Representative's business, as more particularly described herein.
3. IAA Services - IAA shall provide Representative with systems, at cost, and support personnel for the carrying of customer accounts and executing transactions in both listed and over-the-counter stocks, bonds or options; clearing of the customer transactions; customer statements and confirmations from a Member in good standing of FINRA; and such other administrative services as shall be determined in the sole discretion of IAA to be necessary and/or appropriate for the on boarding operation of a general securities business.
4. From time to time, IAA may provide Representative with access to securities products which the Representative may, but shall not be obliged to, market to his or her customers. The choice of products to be provided to the Representative must be approved solely by IAA, and may include products obtained through the execution of a selling agreement as a dealer of and for various mutual funds, participating in syndicates for the issuance or distribution of securities upon its own initiative or at the request of the Representative, or such other methods as shall be determined by IAA. In each such instance, a product may not be sold by Representative until completion of due diligence, and approval by IAA management.
5. IAA Supervision - Representative, branch owner and IAA each acknowledge the highly regulated nature of the




securities industry and the importance of compliance with the rules and regulations imposed by, among others, various federal and state regulatory authorities, clearing agents, issuers of securities, and buyers and sellers of securities. Branch owner and IAA shall perform and provide all supervisory services for regulatory compliance as shall be necessary or appropriate in connection with the Representative's regulatory compliance on a daily basis in such a manner as shall be determined by IAA. Simultaneous with the execution of this agreement, Representative shall execute an IAA compliance agreement. Representative acknowledges that, prior to entering into this agreement; he has received, read, understood, and executed an IAA compliance agreement. Representative shall at all times maintain in full force and effect his securities licenses (at his own expense), and conduct his business in accordance with all laws, rules, regulations, and IAA policies applicable thereto, and in a manner consistent with the IAA compliance agreement.

6. Licenses - IAA shall maintain its licenses as a broker-dealer with the SEC and the State of Florida Division of Securities, and shall retain its membership with FINRA. Representative shall maintain his licenses with FINRA and the state of **Minnesota** and shall also maintain licenses in all other jurisdictions in which he conducts business. Upon request from Representative, IAA shall use its best efforts to become licensed in states where the representative wishes to conduct business, provided that: a) Representative pays all expenses related to his registration and, if IAA is not registered in a state in which Representative does business, for the registration of IAA, and b) IAA determines, in its sole discretion, that registration in such state or states is appropriate and consistent with its general business objectives.
7. Commissions and Charges - Commissions and fees earned by the Representative from his/her activities shall be divided between IAA and Representative according to the commission schedule established by IAA management. Representative shall pay a portion of his commissions to IAA in payment for administrative and supervisory services provided to Representative by IAA.
8. Assignment of Commissions – Representative agrees to assign and transfer to IAA any and all commissions due to Representative during the course of affiliation with IAA, or hereafter to become due under the terms and provisions provided herein. Representative agrees and acknowledges that commissions or fees will be paid by IAA to Representative only when and after IAA receives such commissions and fees. This assignment shall be effective as of the date this agreement is executed. This assignment shall terminate upon expiration of Representative's affiliation with IAA, after all outstanding commissions have been received by IAA and paid to Registered Representative, or upon written agreement of both of the parties.
9. IAA shall charge Representative for any and all costs advanced by IAA associated with the execution of trades (such as clearing charges and floor charges). IAA shall from time to time establish a commission schedule and representative payout schedule. If in any month Representative shall fail to achieve a minimum monthly sales level, IAA may impose an administrative charge on the representative, as the charge for the value of services provided to the Representative. All customer funds shall be solely handled by IAA and promptly remitted to the clearing agent, NFS, LLC. IAA shall calculate amounts due to Representative attributable to commissions on a monthly basis. IAA shall deduct from the monthly commissions payable to the Representative any customer account losses and /or those costs, expenses, or losses specified below, as well as any transactional expenses chargeable to the Representative. Representatives shall receive commissions due after all deductions in one installment on or close to the 15th business day of the month following the end of the commission period. IAA will give you a 2% override for two years for candidates referred to IAA for recruitments outside of your




Office/Affiliation. IAA will permit Representative to engage in paying finder's fees to solicitors both domestically and abroad utilizing our approved 'Solicitors Agreement form' for this purpose. Representative must have direct contact with the client and all financial discussions must be presented by Representative as the qualified Representative.

10. For retail trades executed at IAA, IAA will charge a total net clearance fee of $25.00 per equity ticket cleared through NFS. The ticket charge for RIA is $12.00. Representative has the ability to pass the ticket charge on to the client in part or in whole with proper disclosure to client, as a service charge. Execution fees on listed equity transactions shall be $0.002 per share for third market executions or .01 per share on executions Representative directs to NYSE/AMEX. Options execution shall be $1.25 per contract.

11. **OTHER COMMON FEES**

| | |
|---|---|
| NFS Back Office (Streetscape) w/quotes | $250.00 per month, plus applicable exchange fees |
| NFS Back Office (Streetscape) w/out quotes | $125.00 per month, plus applicable exchange fees |
| Bonds | As outlined above for Equities, plus $5 charge to FC |
| Mutual Funds (Non NFS Networked) | As outlined above for Equities, plus $5 charge to FC |
| ETF's | As outlined above for Equities |
| Cancel Rebills | $10.00 Per |
| Extensions | $25.00 Per |
| Annual Branch Audit | $125.00 flat fee plus expenses |
| IAA Email Review | $25.00 per month per mailbox |
| Social Media Review | $15.00 per month per account |
| PAS/Advisory Reporting and Billing | 20 BPS |
| Fidelity Bond | $360.00 per year |

12. Representative is required to use NFS's Broker platform. Streetscape is the current system. The cost for this system and any computer costs incurred to support the platform are Representative's responsibility.

13. Expenses - IAA shall have no responsibility to pay any expenses of the conduct of Representative's business, including, without limitation, expenses for customer leads, business cards, advertising and marketing, travel, entertainment, dues, seminars and education, or registration and licensing fees to comply with any rules and regulations of FINRA, SEC, or any other national, state, or local regulatory authority. The Representative will be responsible for any additional or deletion of states and all renewals going forward. The Representative shall not conduct any securities business pursuant to this Agreement, or otherwise, unless all licensing or registration requirements have been fully complied with by Representative. Representative specifically agrees to pay all costs involved of obtaining and maintaining such licenses.

14. Errors and Omissions Policy – IAA mandates Representative's participation in firm's group E&O plan. Terms of that coverage are available under separate cover. Premiums will be collected on a monthly basis. Any outstanding balance must be paid upon termination or resignation from IAA. Coverage only applicable while representative is registered with IAA. Once registration ceases, coverage will terminate and no claim will be considered. Unaffiliated RIA's are not covered under IAA's E&O policy. FA's with an unaffiliated RIA must provide annual proof of E & O coverage for the RIA.

| | |
|---|---|
| Limits of Liability | $1,000,000 Each Claim<br>$2,000,000 Policy Aggregate |

IAA Initials DW Representative Initials BM 




| Retention | $50,000 Broker Dealer/ RIA Business<br>$75,000 Alternative Products |
|---|---|
| Cost | $350 per month (paid monthly) per FC |

15. Indemnification - Representative shall indemnify and hold IAA harmless from and against any and all deficits, claims or actions and all costs, expenses or losses, including, without limitation, commission deficits, chargebacks, reneges, arbitration awards, civil judgments, reasonable attorney fees and costs, and court or arbitration awards and costs, arising out of any transaction, claim or actions resulting from any act or asserted act, or any omission or asserted omission by Representative in the performance of duties or services for IAA. This indemnification applies to any deficit owed by Representative to IAA. Further, it shall apply to any claim, including any claim that is dismissed against the Representative individually, prior to or at the arbitration hearing or court proceeding. IAA, at its own discretion, may settle or compromise any claim at any time. Any settlement shall be binding upon Representative, and shall conclusively determine the amount of loss attributable to such transaction. Representative further agrees that IAA may offset such deficits, costs, expenses, or losses resulting from such commission deficits, chargebacks, reneges, civil verdicts or judgments, arbitration awards or settlements, against any monies due Representative under this agreement or under any addendum to this agreement, as well as against any money or securities contained in any individual brokerage account that the Representative may maintain with IAA, and that such offset may be made prior to determination by any court or arbitration panel as to the reasonableness thereof. In the event that any legal or other action is brought to enforce any provision of this agreement, or as a result of an alleged dispute, breach, default, or misrepresentation in connection with any of the provisions of this agreement, the prevailing party, shall be entitled to recover from the non-prevailing party reasonable attorney's fees and other costs in such proceedings (whether or not suit is brought, and through all appeals) in addition to whatever relief was originally sought by said prevailing party.
16. RIA customers will be charged a postage and handling fee for all transactions. This fee can be allocated between the customer and Representative at Representative's discretion. Representative's RIA business shall charge fees that conform to the active form ADV filed by IAA. In addition, other charges including clearing and execution charges remain as indicated in paragraph 11.
17. Independent Contractor Status - IAA and Representative intend that Representative shall be regarded, for federal and state tax purposes, as an independent contractor and not as an employee. Representative shall be liable for and shall pay all appropriate estimated taxes, income taxes, self-employment taxes, unemployment taxes, and other applicable taxes, whether state, federal, or local. Representative shall be provided with no benefits by IAA, such as health insurance, disability insurance, pension or profit sharing plans, or vacation pay. Representative acknowledges that IAA may make available benefit programs for purchase by Representative. IAA is under no obligation to make such benefit programs available and may be prohibited from offering such programs under state or Federal law. IAA reserves the right to cease offering such programs at any time.

    Should Representative terminate his affiliation with IAA at any time and for any reason, IAA and/or its subsidiaries shall not contact or solicit Representative's clients for the purpose of having those clients terminate or diminish their relationship with Representative. IAA will only service unsolicited trades as required to satisfy supervisory and service policies. All client accounts are the property of Representative and will be transferred without interference to another firm. IAA and/or its subsidiaries correspondence with




Representatives clients will be limited to the new firm's location and the telephone number where Representative can be reached. Clients referred to Representative by the firm shall be considered jointly owned.

18. Non-disclosure - Representative shall not, during the continuance of this agreement and thereafter, either directly or indirectly, disseminate or make use of any of the confidential business information of IAA or any other representative of IAA. Such confidential business and technical information shall include, without limitation, sales and distribution information, price lists, lists of actual and potential customers and clients, and technical information; all to the extent that such information is not intended for dissemination to third parties.
19. Termination – This agreement may be terminated at any time by either party for any reason. In the event this Agreement is terminated, Representative's obligations to IAA shall remain in full force and effect. If Representative's affiliation with IAA is terminated by IAA, such termination shall be immediate with or without written notice by IAA to Representative. Only such payments earned and owing to Representative prior to his termination will be paid by IAA. In the event the agreement is terminated prior to its expiration, then Representative shall pay IAA a termination fee, which is calculated as any amounts paid by IAA under paragraphs contained herein.
    a. In the event of termination of Registered Representative's ("Representative") association with IAA at any time, regardless of the reason, for the twelve (12) months following such termination, Representative agrees:
        1. Not to solicit any customer serviced by IAA, or any of its associated persons while Representative was associated with IAA except for those customers brought to IAA by Representative or whose account Representative solicited to open at IAA through Representative's development of leads purchased by Representative;
        2. Not to contact, solicit or otherwise communicate with any of IAA's associated persons with the intent of inducing or encouraging such associated person to leave his or her association with IAA or to breach any of such associated person's contractual obligations to IAA;
        3. Not to employ or seek to employ any person who is employed by, affiliated with, or an independent contractor of IAA, or any affiliate or subsidiary of IAA.
        4. Not to induce or attempt to induce any person who is employed by, affiliated with, or an independent contractor of IAA, or any affiliate or subsidiary of IAA to terminate his or her employment or other relationship with such.
        5. Not to assist a third party in inducing or attempting to induce any person who is employed by, affiliated with, or an independent contractor of IAA, or any affiliate or subsidiary of IAA to terminate his or her employment or other relationship with such.
    b. Trade Secrets/Proprietary Information – Upon termination, Representative shall return any, and all, original and copied records and purge or destroy any computerized, duplicated or copied records of information referring to or relating to the clients of IAA, any affiliate or subsidiary of IAA, in whatever form they may exist.
        1. Nothing in this agreement shall prevent Representative from retaining records or information referring or relating to his own accounts or the accounts of clients of IAA, or any affiliate or subsidiary of IAA who are related by blood or marriage to Representative.
    c. Breach - In the event that the Representative breaches any of the provisions contained in this agreement, the Representative shall be liable to IAA for any damage and/or injury, including but not limited to reasonable attorneys' fees incurred to enforce this agreement.




1. Representative also agrees that, in the event of breach, damages alone will be an inadequate remedy and IAA will, in addition to damages for past breach, be entitled to injunctive or other equitable relief against Representative to enforce this agreement.
2. Representative further expressly consents to the issuance of a temporary restraining order or preliminary injunction by any court or arbitration panel with jurisdiction over Representative to prohibit breach of this agreement, or to maintain the status quo pending the outcome of any arbitration or court proceeding that may be initiated. The issuance of temporary restraining order or preliminary injunction may be decided by either a court or arbitration panel, should IAA, at its discretion, choose such relief.

d. Binding Effect - The terms and provisions of this agreement shall be binding on and inure to the benefit of IAA and any of its subsidiaries and affiliates and their respective successors and assigns. Representative may not assign, pledge, or encumber, in any way, all or part of his interest under this agreement without the prior written consent of IAA.

e. Waiver - The failure of IAA at any time, or from time to time, to require performance of any Representative's obligations under this agreement shall in no manner affect the right of IAA to enforce any provision of this agreement at any subsequent time, and the waiver of IAA of any right arising out of any breach by any Representative shall not be construed as a waiver of any subsequent breach.

f. Term - This agreement shall be in force for the duration of the Representative's association with IAA. However, any liabilities incurred by the Representative during the time this agreement is in force will be the responsibility of the Representative subsequent to ending his association with IAA. The Representative is not released from any liabilities incurred during the term of this agreement by its termination.

g. Severability - The rights and remedies of the parties under this Agreement shall be independent and separate and distinct, and at their respective options cumulative.

h. Arbitration - Any controversy or claim arising out of, or relating to, this agreement shall be settled by FINRA arbitration in Orlando, Florida, in accordance with the rules of FINRA (except for any FINRA rule which would require arbitration other than at the Orlando-area hearing venue), and judgment upon the award rendered may be entered in any court having jurisdiction thereof.

i. Entire Agreement - This Agreement sets forth the entire agreement and understanding of the parties and supersedes all prior agreements concerning the subject matter thereof. No modification, amendment, waiver, or alteration of this Agreement shall be effective unless the same shall be in writing and executed by both parties hereto.

j. Governing Law - Agreement shall be governed by and construed in accordance with the laws of the State of Florida.

IN WITNESS WHEREOF, the parties have executed this agreement on the date indicated in the foregoing.

| FOR IAA: | For Representative: |
|---|---|
| [signature] | [signature] |
| David Weinberger, COO/FINOP | Brannon McPherson |